FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

05 APR 28 PM 2: 16

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

United States of America

v.

Tammie Michele Moore

ORDER HOLDING PROBATIONER
FOR REVOCATION HEARING

Case Number: 05-10034-T/An
01-10060

---

On April 26, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of her supervised release in this matter. At this hearing, the defendant WAIVED her right to a preliminary hearing. Jim Powell, representing the government, and Dianne Smothers, representing the defendant, were present.

Accordingly, the defendant is held to a final revocation hearing before Judge James D. Todd. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given. The defendant is remanded to the custody of the United States Marshal.

*S. Thomas Anderson*

S. Thomas Anderson, United States Magistrate Judge

*Date: April 26, 2005*

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/2/05


17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:01-CR-10060 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT